**Opinion filed March 29, 2012**



# In The

# Eleventh Court of Appeals

_____

## No. 11-10-00323-CV

_____

## IN THE MATTER OF THE ESTATE OF
## JACKIE L. DOUGLASS, DECEASED

**On Appeal from the 32nd District Court**
**Fisher County, Texas**
**Trial Court Cause No. 5856**

### M E M O R A N D U M   O P I N I O N

Deborah Bowen is the appellant in this appeal. She has filed an unopposed motion to dismiss the appeal pursuant to Tex. R. App. P. 42.1(a)(1). In the motion, appellant states that "[t]he parties have settled their dispute and all matters in controversy have been compromised and settled and this dispute should be dismissed with prejudice." Therefore, in accordance with appellant's request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

March 29, 2012

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.